UNITED STATES DISTRICT COURT:
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
PAUL SCHETTINO

                        Plaintiff,

          -against-

TOWN OF FISHKILL, inclusive of the TOWN
OF FISHKILL POLICE DEPARTMENT, AZEM
ALBRA aka OZZY ALBRA, in his capacity as
Town Supervisor for the Town of Fishkill as well
as in his personal capacity, JOHN FORMAN,
GREG TOTINO, BRIAN WRYE, and JACKIE
BARDINI, in their personal and representative
capacities as Town Board Members for the
Town of Fishkill, JOSEPH CLARK,
SGT. JASON MURTAUGH, in their representative
and personal capacities,

                      Defendants.
---------------------------------------------------------------------X

Dutchess Count Supreme Court
Index No. 2025-56848

Civil Case No.:

## NOTICE OF REMOVAL

**NOTICE IS HEREBY GIVEN** that pursuant to 28 U.S.C. §§ 1441 and 1446, the

defendants, Town of Fishkill, inclusive of the Town of Fishkill Police Department, Azem

Albra aka Ozzy Albra, in his capacity as Town Supervisor for the Town of Fishkill as well

as in his personal capacity, John Forman, Greg Totino, Brian Wrye, and Jackie Bardini, in

their personal and representative capacities as Town Board Members for the Town of

Fishkill, Joseph Clark, Sgt. Jason Murtaugh, in their representative and personal capacities,

hereby remove the above-captioned civil action from the Supreme Court of the State of New

York, County of Dutchess, bearing Index Number 2025-56848, to the United States District

Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1446(d), the

defendants will promptly give written notice of this Notice of Removal to the plaintiff and

will file a copy of this Notice of Removal with the Clerk of the Supreme Court of the State

of New York, County of Dutchess, in which the above-captioned action is pending, thereby effecting removal pursuant to 28 U.S.C.§ 1446(d).

**PLEASE TAKE FURTHER NOTICE** that by effecting removal of the civil action, the defendants reserve all rights to raise any and all defenses available under the Federal Rules of Civil Procedure including, but not limited to, Fed. R. Civ. P. 12.

**PLEASE TAKE FURTHER NOTICE** that in support of this Notice of Removal, the defendants rely upon the following:

1.      The plaintiff commenced the state court action against the defendants by the filing of a Summons with Notice in the Supreme Court of the State of New York, County of Dutchess, on December 5, 2025. A copy of the Summons with Notice is annexed hereto as Exhibit "A."

2.      Upon information and belief, the plaintiff served the Summons with Notice on the Town of Fishkill on December 19, 2025 and the individual town board members on December 30, 2025. Therefore, this Notice of Removal is timely filed within 30 days after receipt of the pleading asserting the federal claims pursuant to 28 U.S.C. §1446(b).

3.      The plaintiff's Summons with Notice asserts *inter alia*, that the defendants engaged in conduct in violation of Section 1983 (42 U.S.C. § 1983) as well as certain provisions of New York state law. Accordingly, removal of this action from the Supreme Court of the State of New York, County of Dutchess, to the United States District Court for the Southern District of New York pursuant to the terms and provisions of 28 U.S.C. §1441, *et seq.* is proper under principles of federal question jurisdiction. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because the plaintiff's Section 1983 claims arise under the laws of the United States. See 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

4.      Pursuant to 28 U.S.C. § 1446(a), the United States District Court for the Southern District of New York is the appropriate court for the filing of this Notice of Removal because this Court is the United States District Court for the district in which the state court action is pending. Accordingly, the United States District Court for the Southern District of New York is the proper venue for removal.

5.      All defendants in the state court action seek removal to the United States District Court for the Southern District of New York.

6.      Based on the foregoing, removal is appropriate under 28 U.S.C. § 1441(a) and the defendants have properly effectuated removal pursuant to 28 U.S.C. § 1446. A copy of the Civil Cover Sheet is annexed as Exhibit "B."

Dated: January 16, 2026
       New Windsor, New York

                                    Respectfully Submitted:

                                    DRAKE LOEB PLLC

                    By: _____
                                    RALPH L. PUGLIELLE, JR.
                                    *Attorneys for Defendants*
                                    555 Hudson Valley Avenue, Suite 100
                                    New Windsor, New York 12553
                                    Tel. No.: (845) 458-7341
                                    E-mail: rpuglielle@drakeloeb.com

TO:     Youngwirth Law PLLC
        *Attorneys for Plaintiff*
        70 Dutchess Landing Road
        Building K, Suite 1
        Poughkeepsie, New York 12601
        Attn.: Brooke D. Youngwirth, Esq.
        Tel. No.: (845) 745-3019
        E-mail: bdy@youngwirth.com

        County Clerk & Supreme Court Clerk
        10 Market Street
        Poughkeepsie, New York 12601
        Tel. No. (845) 431-1710